INSTITUTION Cloumbia Annex          CELL/DORM & BUNK F1-12-L

NAME John Gay          LEGAL MAIL PROVIDED TO          NUMBER 882614    DATE 5-25-23
                       COLUMBIA CORRECTIONAL INST.
                       ON 5.26.23 (DATE) FOR MAILING
                       STAFF INITIAL    I/M INITIAL          3:23-cv-655-TJC-JBT

Dear honorable court, and Judge: I as an Inmate
am doing a law suite to File in this court on the
medical department on (Deliberate Indifference) for two
very Bad strokes Ive had here. That took medical
Nurses and Dr's two full days to send me to an
outside hospital for proper medical care. 10 days in
hospital. Now 7 months and still figthing to come back
to normal. Hospital vists., speech therapy, physical
Therapy. many surgerys! what Im asking for is a
legal form from the court or letter stating that
I am allowed to receive my own medical Records
at this Inst. because they wont give them to me
unless I have 15¢ a copy For all Records. money
must be in account to receive! them. I do not receive
any money Never-ever in my account! they know that
But states you need a legal Form or letter to
say Its ok.- I can have my medical Records- and
Place a (lien) on my account to File a Law suite
please honorable court and Judge! send me something
without medical Records I was told NO case in
court with Records- Its a sure win!
Request For a Information Form- To Recevie medical Records
          God Bless.          I have NO money

John S. Gay DC#882614          Thank you
Cloumbia Corr. Inst. Annex
216 SE. Corrections Way          I swear this is a
Lake City FL. 32025          True Statement
                              John Gay          5-25-23

DC3-008